

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00731-CV

Moses G. **ZAMORA** Jr.,
Appellant

v.

**DSAM PARTNERS LTD RET PLAN**,
Appellees

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2022CV03337
Honorable David J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:       Rebeca C. Martinez, Chief Justice
               Patricia O. Alvarez, Justice
               Lori I. Valenzuela, Justice

Delivered and Filed: March 1, 2023

APPEAL DISMISSED

Appellant's brief was due to be filed by January 27, 2023. Neither the brief nor a motion for extension of time was filed. On February 6, 2023, we ordered appellant to file, no later than February 16, 2023, his brief and a written response reasonably explaining: (1) his failure to timely file a brief, and (2) why appellee is not significantly injured by appellant's failure to timely file a brief. Our order cautioned appellant that if he failed to timely file a brief and the written response, this appeal would be dismissed. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant fails to comply with court order).

Appellant has not responded to or complied with our February 6, 2023 order; therefore, we dismiss this appeal.

PER CURIAM